| | |
|---|---|
| 1 | James P. Keenley (Bar No. 253106) |
| | jkeenley@bkkllp.com |
| 2 | Brian H. Kim (Bar No. 215492) |
| | bkim@bkkllp.com |
| 3 | BOLT KEENLEY KIM LLP |
| | 2855 Telegraph Ave., Suite 517 |
| 4 | Berkeley, CA 94705 |
| | Telephone: (510) 225-0696 |
| 5 | Facsimile: (510) 225-1095 |
| 6 | Attorneys for Plaintiff |
| | BARBARA RAYMOND |
| 7 | |
| | Anna Maria Martin (Bar No. 154279) |
| 8 | amartin@mmhllp.com |
| | Grant E. Ingram (Bar No. 242785) |
| 9 | gingram@mmhllp.com |
| | MESERVE, MUMPER & HUGHES LLP |
| 10 | 1000 Wilshire Boulevard, Suite 1860 |
| | Los Angeles, California 90017 |
| 11 | Telephone: (213) 620-0300 |
| | Facsimile: (213) 625-1930 |
| 12 | |
| | Attorneys for Defendant |
| 13 | UNUM LIFE INSURANCE COMPANY OF AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| BARBARA RAYMOND, | Case No. 3:18-cv-02272-RS |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Complaint Filed: April 16, 2018 |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff BARBARA RAYMOND and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: July 11, 2019    BOLT KEENLEY KIM LLP
Brian H. Kim
James P. Keenley


By: */s/ James P. Keenley*
James P. Keenley
Attorneys for Plaintiff
BARBARA RAYMOND


Dated: July 11, 2019    MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin
Grant E. Ingram


By: */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-02272-RS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: July 11, 2019

_____
Hon. Richard Seeborg
United States District Court Judge